Elias H. Trumbo, Administrator of Estate of Jeanette Trumbo, Deceased, et al., Appellees, v. Chicago, Burlington and Quincy Railroad Company, Appellant.

Gen. No. 9,914.

Dove, P. J., dissents.

Heard in this court at the October term, 1943; opinion filed January 26, 1944; rehearing denied May 2, 1944. H. L. Richolson, O. M. Anderson, C. A. Conway, R. E. Skov and C. W. Krohl, for appellant; Eldon M. Martin, of counsel; Hibbs & Pool and Chester E. Jacobsen, for appellees. Opinion by JUSTICE WOLFE. Not to be published in full.